UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD FURNACE,<br><br>    Plaintiff,<br><br>    v.<br><br>COPE, et al,<br><br>    Defendant. | 1:16-cv-0420-BAM (PC)<br><br>ORDER TO SUBMIT A **PRISONER** APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN THIRTY (30) DAYS<br><br>ORDER TO CLERK'S OFFICE TO SEND PLAINTIFF IN FORMA PAUPERIS APPLICATION FOR **PRISONER**<br><br>**THIRTY- DAY (30-DAY) DEADLINE** |

   Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff has not paid the $400.00 filing fee, or submitted an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

   Accordingly, IT IS HEREBY ORDERED that:

   1.   The Clerk's Office shall send to Plaintiff the attached form for application to proceed in forma pauperis for a prisoner;

   2.   Within thirty (30) days of the date of service of this order, Plaintiff shall submit the completed and signed application to proceed in forma pauperis for a prisoner, or in the alternative, pay the $400.00 filing fee for this action; and

   ///

3. **No requests for extension will be granted without a showing of good cause, and failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

   Dated: __March 30, 2016__        /s/ *Barbara A. McAuliffe*
                                                     UNITED STATES MAGISTRATE JUDGE