UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD FURNACE,<br><br>              Plaintiff,<br><br>       v.<br><br>B. COPE, et al.,<br><br>              Defendants. | Case No.: 1:16-cv-00420-LJO-BAM (PC)<br><br>ORDER DENYING REQUEST FOR JUDICIAL NOTICE FILED ON MARCH 28, 2016<br><br>(ECF No. 3) |

Plaintiff Edward Furnace ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On March 28, 2016, Plaintiff filed his original complaint in this action, along with a request for judicial notice in support of that complaint. (ECF Nos. 1, 3). However, on May 5, 2016, Plaintiff filed a first amended complaint.[1] (ECF No. 10).

Given that Plaintiff's first amended complaint supersedes the original complaint, Lacey v. Maricopa Cnty., 693 F.3d 896, 927 (9th Cir. 2012), Plaintiff's request for judicial notice in support of the original complaint is now moot. Accordingly, Plaintiff's motion for judicial notice, filed on March

---

[1] In connection with his first amended complaint, Plaintiff filed a second request for judicial notice on June 29, 2016, along with a declaration in support of his request for judicial notice on July 7, 2016. (ECF Nos. 13, 14). On December 9, 2016, Plaintiff filed a third request for judicial notice (ECF No. 15). The Court will address Plaintiff's second and third requests for judicial notice in conjunction with the screening of his first amended complaint.

1

28, 2016, is HEREBY DENIED as moot.  Plaintiff is advised that his first amended complaint will be screened in due course.

IT IS SO ORDERED.

  Dated:   **January 23, 2017**          /s/ Barbara A. McAuliffe          
                                      UNITED STATES MAGISTRATE JUDGE