# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD FURNACE,<br><br>        Plaintiff,<br><br>    v.<br><br>B. COPE, et al.,<br><br>        Defendants. | Case No. 1:16-cv-00420-LJO-BAM (PC)<br><br>ORDER REGARDING PLAINTIFF'S NOTICE TO COURT REGARDING FILING OF SECOND AMENDED COMPLAINT<br><br>(ECF No. 23) |

      Plaintiff Edward Furnace ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On August 11, 2017, Plaintiff filed a document entitled "Exparte communication with the court." (ECF No. 23.) Plaintiff explains that he completed his second amended complaint on August 5, 2017. However, he has not been able to copy the complaint because the law librarian has not come to work this week. Plaintiff states that as soon as the law librarian returns to work and he is able to copy the complaint, he will send it to the Court. The attached proof of service is dated August 8, 2017. (Id.)

      Plaintiff's second amended complaint was filed with the Court on August 14, 2017, with an attached proof of service dated August 9, 2017. (ECF No. 24.) Accordingly, to the extent Plaintiff requests additional time to file his second amended complaint, the request is denied, as

moot. Plaintiff's second amended complaint will be screened in due course.

IT IS SO ORDERED.

Dated: **August 16, 2017**  /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE