# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD FURNACE,<br><br>        Plaintiff,<br><br>  v.<br><br>COPE, et al.,<br><br>        Defendants. | Case No.: 1:16-cv-00420-LJO-BAM (PC)<br><br>ORDER THAT INMATE EDWARD FURNACE IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

Plaintiff Edward Furnace is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

A settlement conference in this matter commenced on March 19, 2019. Inmate Edward Furnace, CDCR #H-33245, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: **March 19, 2019**

UNITED STATES MAGISTRATE JUDGE