| | |
|---|---|
| EDWARD FURNACE,<br><br>        Plaintiff,<br><br>   v.<br><br>L. VILLA,<br><br>        Defendant. | No. 1:16-cv-00420-DAD-BAM<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION<br><br>(Doc. Nos. 57, 58) |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Plaintiff Edward Furnace is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 29, 2019, the assigned magistrate judge issued findings and recommendations, recommending that plaintiff's motion for a preliminary injunction (Doc. No. 57) be denied. (Doc. No. 58.) The findings and recommendations were served on plaintiff and contained notice that any objections were to be filed within fourteen days after service. (Doc. No. 58.) To date, no objections to the findings and recommendations have been filed, and the time in which to do so has now passed.

/////

/////

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.[1]

Accordingly,

1. The findings and recommendations issued on March 29, 2019 (Doc. No. 58) are adopted in full; and
2. Plaintiff's motion for a preliminary injunction (Doc. No. 57) is denied.

IT IS SO ORDERED.

Dated:  **June 10, 2019**

_____
UNITED STATES DISTRICT JUDGE

---

[1] In addition, the court notes that although plaintiff has not filed an updated notice of change of address, defendant Villa's most recent filing of April 9, 2019 was served on plaintiff at Pelican Bay State Prison. (See Doc. No. 58.) Plaintiff is reminded that, in the future, it is his responsibility to notify the court of any changes in his current address. *See* Local Rule 183.