# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD FURNACE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>VILLA,<br><br>　　　　　Defendant. | Case No.  1:16-cv-00420-NONE-BAM (PC)<br><br>ORDER SETTING TELEPHONIC STATUS CONFERENCE<br><br>**Date: November 10, 2021**<br>**Time: 10:00 a.m.** |

　　　Plaintiff Edward Furnace ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds on Plaintiff's second amended complaint against Defendant Villa for excessive force in violation of the Eighth Amendment.

　　　Discovery in this action has closed and the deadline for dispositive motions has passed.  This case is now ready to be set for jury trial.  In light of the current COVID-19 pandemic, the Court will set a telephonic status conference for November 10, 2021, at 10:00 a.m. to discuss setting the relevant deadlines and a possible trial date.

　　　Accordingly, IT IS HEREBY ORDERED as follows:

1. A telephonic status conference is set for **November 10, 2021, at 10:00 a.m.** before the undersigned in Courtroom 8 (BAM);
2. The parties shall appear **telephonically (via Zoom)**;

1

3. Defense counsel shall contact Courtroom Deputy, Esther Valdez, at (559) 499-5788 or evaldez@caed.uscourts.gov for the Zoom dial-in information for all parties;

4. **Defense counsel is required to arrange for Plaintiff's participation by contacting the Litigation Coordinator at the institution where Plaintiff is housed to provide the necessary dial-in information and confirm whether the institution is able to produce Plaintiff for a telephonic appearance at the scheduled date and time**;

5. If the institution is unable to produce Plaintiff for a telephonic appearance at the scheduled date and time, defense counsel shall so inform the Court by no later than **September 30, 2021**; and

6. The Court will issue any necessary transportation writ in due course.

IT IS SO ORDERED.

Dated:   **September 15, 2021**          /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE