# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD FURNACE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>VILLA,<br><br>　　　　　Defendant. | Case No. 1:16-cv-00420-NONE-BAM (PC)<br><br>ORDER GRANTING PLAINTIFF'S UNOPPOSED REQUEST FOR VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE<br>(ECF No. 68)<br><br>ORDER VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM DIRECTING PRODUCTION OF INMATE EDWARD FURNACE, CDCR #H-33245<br>(ECF No. 66) |

　　　Plaintiff Edward Furnace ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983.  This action proceeds on Plaintiff's second amended complaint against Defendant Villa for excessive force in violation of the Eighth Amendment.  This action is currently set for a telephonic status conference on November 10, 2021 to discuss setting the relevant deadlines and a possible trial date.  (ECF No. 65.)

　　　On October 25, 2021, Plaintiff filed a "Motion to Dismiss Action," stipulating to dismissal of this action pursuant to Fed. R. Civ. P. 41(a)(1).  (ECF No. 68.)  The Court construed Plaintiff's motion as a motion to dismiss pursuant to Rule 41(a)(2) and directed Defendant to file a response.  (ECF No. 69.)  On November 2, 2021, Defendant filed a statement of non-opposition to Plaintiff's motion to dismiss case.  (ECF No. 71.)

Pursuant to Federal Rule of Civil Procedure 41(a)(2), and in light of Defendant's statement of non-opposition, the Court finds the terms of the dismissal proper. As the parties have not specified whether the dismissal is with or without prejudice, the Court finds that a dismissal without prejudice is appropriate. Fed. R. Civ. P. 41(a)(2).

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion to dismiss action, (ECF No. 68), is GRANTED;
2. This action is dismissed without prejudice;
3. The writ of habeas corpus ad testificandum directing the production of Edward Furnace, CDCR #H-33245, issued on October 12, 2021, (ECF No. 66) is VACATED; and
4. The Clerk of the Court is directed to:
    a. Serve a courtesy copy of this order by e-mail on the Litigation Coordinator at Pelican Bay State Prison, and on the Litigation Coordinator of any other institution(s) which require this information;
    b. Terminate all pending motions, hearings, and deadlines;
    c. Assign a District Judge to this case for the purpose of closing the case; and
    d. Close this case.

IT IS SO ORDERED.

Dated:  **November 3, 2021**              /s/ Barbara A. McAuliffe            _
                                                      UNITED STATES MAGISTRATE JUDGE